# ALAN D. LEVINE
### ATTORNEY AT LAW
80-02 KEW GARDENS ROAD
KEW GARDENS, NEW YORK 11415

NOV 2 7 2019

ALAN D. LEVINE

SUSANNE RAMKISHUN

(718) 793-6363
FAX: (718) 261-0317
E-MAIL: alandlaw@justice.com

November 26, 2019

**VIA ECF**
Honorable Allison J. Nathan
United States District Judge
40 Centre Street
New York, New York 10007

> The Initial Pretrial Conference in this matter is hereby adjourned to April 24, 2020 at 3:00 p.m.

    Re:  Russo v. United States
        19 CV 10288 (AJN)

Dear Judge Nathan:

    I am in receipt of the court's notice of an initial pretrial conference in the above-referenced FTCA case, which has been scheduled for April 17, 2020 at 3:00 P.M. I will be out of the city for that entire day at a 40th anniversary reunion of my law school class. My schedule is open for a conference on any other date during the month of April 2020, with the exception of April 30. Consequently, I am requesting that the court adjourn the conference to another date during April.

    I have not copied the Southern District United States Attorney's Office in this letter, as they are not yet required to have answered the complaint.

Very truly yours,

ALAN D. LEVINE, ESQ.

ADL/sr

SO ORDERED: 11/27/19

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE