ALAN D. LEVINE
ATTORNEY AT LAW
80-02 KEW GARDENS ROAD
KEW GARDENS, NEW YORK 11415

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/09/2020

**MEMO ENDORSED**

ALAN D. LEVINE
SUSANNE RAMKISHUN

(718) 793-6363
FAX: (718) 261-0317
E-MAIL: alandlaw@justice.com

June 8, 2020

**VIA ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
500 Pearl Street
New York, New York 10007

    Re: Russo v. United States
        19 CV 10288 (KHP)

Dear Judge Parker:

    I am the attorney for the plaintiff in the above-referenced action. I write, with the consent of the attorney for the defendant, to request an adjournment of the conference presently scheduled for June 17, 2020, at 10:00 A.M. The reason plaintiff requests this adjournment is because I am attending an all-day online CLE on prison law on that date from 9:00 A.M. to 5:00 P.M. I will be available from 12:15 P.M. to 1:15 P.M. or after 5:00 P.M. Should the court be unavailable at those times, I request that the conference be adjourned to June 19, 2020 or any day during the week of July 22 through July 26.

                                    Very truly yours,

                                    ALAN D. LEVINE, ESQ.

ADL/sr
cc: Alexander J. Hogan, Esq.

**APPLICATION GRANTED:** The Initial Case Management telephone Conference in this matter that is scheduled for Wednesday, June 17, 2020 at 10:00 a.m. is hereby rescheduled to <u>Thursday, July 23, 2020 at 11:30 a.m.</u> The parties are directed to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line. <u>Please dial (866) 434-5269, Access Code: 4858267.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
06/09/2020