

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd Floor
New York, New York 10007

July 7, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/07/2020
```

BY ECF

Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *Russo v. United States*, 19 Civ. 10288 (KHP)

Dear Judge Parker:

    I represent Defendant in the above-captioned action, which Plaintiff brings pursuant to the Federal Tort Claims Act ("FTCA").  The parties jointly write to respectfully request a 30-day adjournment of the July 23, 2020, initial conference.  This is the parties' second request for an adjournment of the initial conference.  On June 9, 2020, the Court granted the initial request for an adjournment in light of a scheduling conflict for Plaintiff's counsel.

    By way of background, this action relates to Plaintiff's alleged contraction of scabies—a skin condition that results in a rash and irritation—while incarcerated in 2017.  The parties are in the process of exploring whether an early resolution of this case is feasible.  Accordingly, the parties respectfully request that the initial conference be adjourned 30 days in order to allow this process to unfold.  The parties submit that this will result in efficiency for both the parties and the Court by not requiring the expenditure of resources on a matter that may be resolved prior to discovery. The parties are currently available for a conference on August 24, 25, and 26.

    The parties thank the Court for its attention to this matter.

**APPLICATION GRANTED:**  The Initial Case Management Telephone Conference scheduled for July 23, 2020 at 11:30 a.m. is hereby rescheduled to **Wednesday, August 26, 2020 at 10:00 a.m.**  Counsel is directed to call Judge Parker's teleconference line at the scheduled time. Please dial (866) 434-5269, Access: 4858267.

**APPLICATION GRANTED**

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
07/07/2020

        Sincerely,

        AUDREY STRAUSS
        Acting United States Attorney of the
        Southern District of New York

By:   /s/ Alexander J. Hogan
       ALEXANDER J. HOGAN
       Assistant United States Attorney
       86 Chambers Street, Third Floor
       New York, New York 10007
       Tel.: (212) 637-2799
       Fax: (212) 637-2686
       E-mail: alexander.hogan@usdoj.gov