USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROBERT RUSSO,

                       Plaintiff,

        -against-

UNITED STATES OF AMERICA,

                       Defendant.

-----------------------------------------------------------------X

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

19-CV-10288 (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       In light of the Stipulation of Settlement and Dismissal filed on August 11, 2020 (doc. no 19) the Initial Case Management Conference currently scheduled for **August 26, 2020** is hereby adjourned *sine die*.

       SO ORDERED.

Dated: August 12, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge